**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **JEREMY L. BROWN**<br>**D.O.C. # 324084** | : | **DOCKET NO. 2:18-cv-1544** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **DARRELL VANNOY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED and DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, on this 30th day of October, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**